IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>IRA WAKEFIELD,<br><br>   Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO SEVER AS MOOT<br><br><br><br>Case No. 2:08-CR-156 TS |

Defendant moves to sever his trial from that of his co-defendant.  The co-defendant has now pleaded and is set for sentencing.  Accordingly, there will be no joint trial.  It is therefore

ORDERED that Defendant's Motion to Sever (Docket No. 31) is DENIED as MOOT.

DATED   March 16, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge